# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00042-CR

**Joseph Anthony Aversa, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
### NO. D-1-DC-09-204960, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Joseph Anthony Aversa was convicted of the offense of impersonating a public servant. The trial court has certified that Aversa has waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Accordingly, we dismiss the appeal.

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed

Filed: February 25, 2009

Do Not Publish